■ CHARLES SMACK, Petitioner, v LUCILLE PATTISON, as County Executive of the County of Dutchess, et al., Respondents. — Proceeding pursuant to CPLR article 78 to review a determination of the respondent Sheriff of Dutchess County, dated March 3, 1980, which, after a hearing, found petitioner guilty of certain misconduct and terminated his employment. Determination confirmed and proceeding dismissed on the merits, without costs or disbursements. The determination that petitioner was repeatedly late or absent from work without appropriate excuse and that he failed to attend mandatory training sessions, is supported by substantial evidence. Furthermore, the penalty imposed was not so disproportionate to the offenses as to be shocking to one's sense of fairness (see *Matter of Pell v Board of Educ.*, 34 NY2d 222). We have considered petitioner's other contentions and find them to be without merit. Titone, J.P., Rabin, Margett and Weinstein, JJ., concur.

■ NICKIE A. SPIER, and Another, by Their Mother and Natural Guardian, MARIE SPIER, et al., Appellants, v ROBERT S. NORTON, Defendant, and P.L. LAWTON, INC., Respondent. — Appeal from an order of the Supreme Court, Kings County, dated June 18, 1980, dismissed. The order was superseded by a resettled order of the same court dated September 17, 1980. Resettled order affirmed. No opinion. Respondent is awarded one bill of $50 costs and disbursements. Hopkins, J.P., Damiani, Mangano and O'Connor, JJ., concur.

■ In the Matter of CLAIRE MATRELLA, Petitioner, v BARBARA BLUM, as Commissioner of the New York State Department of Social Services, et al., Respondents. — Proceeding pursuant to CPLR article 78 to review so much of a determination of the respondent State Commissioner of Social Services dated August 15, 1979 and made after a statutory fair hearing, as affirmed a determination of the local agency to discontinue petitioner's restaurant allowance. Determination confirmed insofar as reviewed, and proceeding dismissed on the merits, without costs or disbursements. The determination under review is supported by substantial evidence. Titone, J.P., Rabin, Margett and Weinstein, JJ., concur.

■ In the Matter of VALARIE PROAL, Petitioner, v JAMES E. KIRBY, as Commissioner of the Suffolk County Department of Social Services, et al., Respondents. — Proceeding pursuant to CPLR article 78 to review a determination of the respondent State Commissioner of Social Services, dated December 11, 1979 and made after a statutory fair hearing, which affirmed a determination of the local agency to discontinue a grant of aid to dependent children for one of petitioner's minor children on the ground that said child was not deprived of parental support or care. Determination confirmed and proceeding dismissed on the merits, without costs or disbursements. On the record considered as a whole, the determination is supported by substantial evidence. Titone, J.P., Rabin, Margett and Weinstein, JJ., concur.